## A. W. WOODWORTH AND OTHERS v. P. COLEMAN.

*Petition under the Fraud, Accident, and Mistake Statute.*
R. L. s. 1429.

A petition under the fraud, accident, and mistake statute—R. L. s. 1429—must be verified by the oath of one having personal knowledge of the facts alleged. The oath of the petitioner's attorney, " according to his best knowledge, information, and belief," is not sufficient.

PETITION under R. L. s. 1428 to vacate and set aside a judgment of a justice of the peace, and to enter and defend the suit. Heard on motion to dismiss, April Term, 1884, ROYCE, Ch. J., presiding. Motion overruled. The motion to dismiss the petition was on the ground that it was not verified by the oath of the petitioners.

*E. C. Smith* and *A. K. Brown*, for the petitioners.

*P. Coleman*, for the petitionee.

The opinion of the court was delivered by

ROWELL, J. The statute provides that a petition of this kind *shall be verified by oath.* R. L. s. 1429. To verify, in the sense of the statute, means: to establish the truth of; to confirm. But how shall the truth of a thing be established except it be by the oath of him who has personal knowledge thereof? This petition is sworn to only by the attorney of the petitioners, who makes oath that the facts stated therein are true according to his best knowledge, information, and belief; but it nowhere appears that he had or could have any personal knowledge or information whatever of the truth of the things to which he swears, and so the petition in no just sense can be said to be " verified by oath "; and it is dismissed with costs.